# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

VIVIANE COTTON-BETTERIDGE,

Appellant,

v.

MATTHEW COTTON-BETTERIDGE,

Appellee.

No. 2D2025-0459

———————————————

June 19, 2026

Appeal from the Circuit Court for Hillsborough County; Wesley D. Tibbals, Judge.

Curt Sanchez of The Law Offices of Curt Sanchez, P.A., West Palm Beach, for Appellant.

Kristin A. Norse, Brandon K. Breslow, and Molly Schindler of Kynes, Markman & Felman, P.A., Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and VILLANTI and GUARD, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.